IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| A.N., a Minor, By and Through His Parents Martha and John Niziolek, | : : : | |
| Plaintiff, | : : | CIVIL ACTION |
| v. | : : | NO. 16-6433 |
| UPPER PERKIOMEN SCHOOL DISTRICT, et al., | : : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this __10th___ day of January, 2017, upon consideration of Plaintiff A.N.'s Emergency Motion for Preliminary Injunction (Doc. 2), Defendants' Response to Plaintiff's Emergency Motion for Preliminary Injunction (Doc. 9), and the evidentiary hearing held before Chief Judge Petrese B. Tucker on January 3, 2017, **IT IS HEREBY ORDERED AND DECREED** that the Motion is **DENIED**.[1]

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, C.J.**

---

[1] This Order accompanies the Court's Memorandum dated January 10, 2017.